IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Allied World Assurance Company (U.S.), Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>AHEPA National Housing Corporation; AHEPA Affordable Housing Management Company, Inc., d/b/a AHEPA Management Company, Inc.; AHEPA 242, Inc.; AHEPA 284 III, Inc.; and AHEPA 284, IV, Inc.,<br><br>    Defendants. | C/A No. 3:13-cv-00354-JFA<br><br><br>**ORDER** |

    Before the court is Defendant's Motion to Compel production of certain documents in possession of Plaintiff and a third party, Crawford and Company. Crawford and Company acted as the adjuster in this insurance dispute. The court made several rulings orally at a hearing on April 29, 2014, and requested that the remaining disputed documents and redactions be submitted for *in camera* review. Those documents and redactions were submitted to the court in a color-coded fashion—that is, different colors related to different claims of privilege. The court rules as follows:

    1. The court orders Plaintiff and Crawford and Company to produce all documents, without redactions, related to reserves—that is those documents and redactions that are green.

    2. The court orders Plaintiff and Crawford and Company to produce all documents, without redactions, related to business proprietary and/or confidential non-relevant information—that is those documents and redactions that are blue.

3. The court orders Plaintiff and Crawford and Company to produce those documents, without redactions, related to the attorney-client privilege—that is those documents and redactions that are yellow—specifically listed below:

Crawford and Company Privilege Log Bates Numbers:

1. Crawford 004435
2. Crawford 004484
3. Crawford 004485
4. Crawford 004486
5. Crawford 004503
6. Crawford 004524
7. Crawford 004599
8. Crawford 004603
9. Crawford 004610
10. Crawford 004660
11. Crawford 004468
12. Crawford 000526
13. Crawford 001082

Allied World Assurance Company Privilege Log Bates Numbers:

1. AWAC 000029
2. AWAC 001821
3. AWAC 001901
4. AWAC 002013
5. AWAC 003415
6. AWAC 003422
7. AWAC 003423
8. AWAC 003424
9. AWAC 003425
10. AWAC 003445
11. AWAC 003449
12. AWAC 003994
13. AWAC 004761

Certain pages contain valid assertions of privilege and invalid assertions of privilege; those pages will be returned to Plaintiff and Crawford and Company.[1]  Among those

---

[1] The bates numbers of those pages are as follows: CRAWFORD 004470; CRAWFORD 004497; CRAWFORD 004507; CRAWFORD 004527; CRAWFORD 004558; CRAWFORD 004617; CRAWFORD 004637; CRAWFORD 004644; CRAWFORD 004664; CRAWFORD 004679; CRAWFORD 004682; AWAC 003428;

pages, the court orders any claim of privilege circled in pink highlighter to be produced; those claims of privilege not circled are valid assertions of the privilege.

As to documents CRAWFORD 004689-004720, the court finds that only the specific information describing the services provided is protected.[2] The remainders of those documents are ordered to be produced.

The court finds all other assertions of the attorney-client privilege—that is those documents and redactions not specifically addressed in this order—to be valid.

IT IS SO ORDERED.

June 25, 2014                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge

---

AWAC 003432.

[2] This is the information beginning on the line immediately following the line containing the initials of the professional providing the service, and ending with the next line containing the initials of the professional providing the service. The information contained in the "Hrs/Rate" column and the "Amount" columns are to be produced. An example of the appropriate method of redaction has been attached to this order.

Lindemann Miller & sius
*25 W. Monroe Sreet
Suite 550
Chicago, IL 60001
Tax ID: 46-0916015

| Invoice submitted to: |
|---|
| Harold Jones |
| Crawford & Co. |
| 100 Glennridge |
| Point Parkway |
| Atlanta, GA 30342 |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| October 11, 2012 | 1462 | 8/27/2012 |

In Reference To: AHEPA Mold Claim

Professional Services



|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2012 | JAS | Legal Services | 0.60 225.00/hr | 135.00 |
| 9/13/2012 | JAS | Legal Services | 0.50 225.00/hr | 112.50 |
|  | JIY | Multiple Services | 0.30 175.00/hr | 52.50 |
| 9/19/2012 | JAS | Legal Services | 0.20 225.00/hr | 45.00 |
|  | JIY | Multiple Services | 0.30 175.00/hr | 52.50 |
| 9/25/2012 | JAS | Legal Services | 3.80 225.00/hr | 855.00 |

CRAWFORD 004689