IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Allied World Assurance Company (U.S.), Inc., <br><br> Plaintiff, <br><br> vs. <br><br> AHEPA National Housing Corporation; AHEPA Affordable Housing Management Company, Inc., d/b/a AHEPA Management Company, Inc.; AHEPA 242, Inc.; AHEPA 284 III, Inc.; and AHEPA 284, IV, Inc., <br><br> Defendants. | C/A No. 3:13-cv-00354-JFA <br><br><br> **ORDER** |

This matter is before the court on a motion for attorney's fees and costs filed pursuant to Rule 45 of the Federal Rules of Civil Procedure by Crawford & Company ("Crawford"), a non-party to this action. ECF No. 122. Crawford acted as the adjuster in this insurance dispute and seeks reimbursement for the costs incurred to comply with the defendants' subpoenas duces tecum. The defendants oppose the motion. ECF No. 124. On July 1, 2014, the court held a hearing on the matter via telephone. After hearing the parties' arguments and carefully considering their briefs, the court finds that Crawford is entitled to attorney's fees and costs. Further, for the reasons stated by the court during the hearing, the court finds reasonable that the defendants compensate Crawford for 50 hours at $300 per hour. Accordingly, the court hereby grants Crawford's motion and directs the defendants to pay Crawford the amount of $15,000.

IT IS SO ORDERED.

July 1, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge